914 A.2d 836

IN THE MATTER OF PAUL FRANZ AN ATTORNEY AT LAW (ATTORNEY NO. 152911951).

January 26, 2007.

### ORDER

This matter having been duly presented to the Court on the application of the Director of the Office of Attorney Ethics, with the consent of **PAUL FRANZ**, by his Attorney–in–Fact, Suzanne Franz, recommending that **PAUL FRANZ** of **ELIZABETH**, who was admitted to the bar of this State in 1951, be transferred to disability inactive status in accordance with *Rule* 1:20–12;

And it appearing that **PAUL FRANZ** lacks the capacity to practice law at this time;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–12 **PAUL FRANZ** is hereby transferred to disability inactive status, effective immediately and until the further Order of the Court; and it is further

ORDERED that **PAUL FRANZ** is hereby restrained and enjoined from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **PAUL FRANZ** comply with *Rule* 1:20–20 governing incapacitated attorneys.